# EXHIBIT "A"

Doc ID: e1116bbb1f30555e0949b3dfb17d158686e7b7d5

## Official Special Election Ballot
### January 11, 2022
### Republican Party
### Palm Beach County, Florida

## Boleta Oficial de la Elección Especial
### 11 de enero de 2022
### Partido Republicano
### Condado de Palm Beach, Florida

**PCT. 2108R**

- Instructions: To vote, fill in the oval completely ● next to your choice. Use only black ballpoint pen. If you make a mistake, ask for a new ballot. Do not cross out or your vote may not count. To vote for a write-in candidate, fill in the oval and print the name clearly on the blank line provided for the write-in candidate.

- Instrucciones: Para votar, llene completamente el óvalo ● junto a su selección. Use sólo bolígrafo negro. Si comete un error, solicite una nueva boleta. No borre o realice otras marcas, o su voto puede no ser contado. Para votar por un candidato por escrito, llene el óvalo y escriba el nombre claramente sobre la linea provista para el candidato por escrito.



**SPECIAL GENERAL ELECTION**
**ELECCIÓN GENERAL ESPECIAL**

**Representative in Congress**
**District 20**
(Vote for One)

**Representante en el Congreso**
**Distrito 20**
(Vote por Uno)

| Candidate | Party |
|---|---|
| ○ Jason Mariner | REP |
| ○ Sheila Cherfilus-McCormick | DEM |
| ○ Mike ter Maat | LPF |
| ○ Leonard L. Serratore | NPA |
| ○ Jim Flynn | NPA |
| ○ _____ | |
| Write-in / Escribir | |

Doc ID: e1116bbb1f30555e0949b3dfb17d158686e7b7d5