UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-80056-CV-MIDDLEBROOKS

NEVILLE D. RICHARDS,

    Plaintiff,

v.

WENDY SARTORY, Palm Beach
County Supervisor of Elections,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court following the Court's June 16, 2022 Order requiring Plaintiff to show cause, by June 23, 2022, why he had failed to serve Defendant by the April 11, 2022 service deadline. (DE 5). I warned Plaintiff that failure to comply with my June 16, 2022 Order may result in the dismissal of his case without prejudice for failure to prosecute. (*Id.*). To date, Plaintiff has not responded to my Order, and he has not taken any other action to suggest that he intends to prosecute this matter.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 27th day of June, 2022.

								_____
								DONALD M. MIDDLEBROOKS
								UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record